UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

McANTHONY C. AUGUSTINE,

Case No.: 6:19-bk-8471

Chapter 7

Debtor.
_____/

### RENEWED MOTION TO DELAY DISCHARGE TO FILE REAFFIRMATION AGREEMENT

Debtor, McAnthony C. Augustine, by and through undersigned counsel, and hereby moves the Court to Delay Discharge to File Reaffirmation Agreement, and as grounds therefore would show:

1. Debtors filed this Chapter 7 bankruptcy petition on December 31, 2019.

2. An executed reaffirmation has been provided to the Creditor.

3. The undersigned has sent the agreement to Suntrust without response.

4. The Debtor requests that his discharge be delayed 30 days for the sole purpose of allowing time for the reaffirmation agreement to be filed.

WHEREFORE, the Debtors request that this Court delay discharge 30 days to allow filing of the attached reaffirmation agreement.

/s/ L. Todd Budgen
L. Todd Budgen
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
Attorney for Debtor
tbudgen@mybankruptcyfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF this 15th day of June, 2020 to the US Trustee, the Chapter 7 Trustee, it is filed with knowledge and on behalf of the Debtor and served to the following as the only affected parties:

Arvind Mahendru, Chapter 7 Trustee via CM/ECF.

US Trustee, via CM/ECF.

All other CM/ECF parties.

US Mail June 15, 2020 to:

Suntrust Bank nka Truist Bank
Officer or Managing or General Agent
P.O. Box 85082
Richmond, VA 23286

                                                                  */s/ L. Todd Budgen*
                                                                  L. Todd Budgen