

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/15/2020 10:15 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

CASE NUMBER:                                              FILING DATE:

**6:19-bk-08471-LVV          7          12/31/2019**

**Chapter 7**

**DEBTOR:**        McAnthony Augustine


**DEBTOR ATTY:   L Budgen**

**TRUSTEE:        Arvind Mahendru**

**HEARING:**

1) Reaffirmation Agreement w/ SunTrust Bank now Truist Bank with Presumption of Undue Hardship re: 2016 DOGE DURANGO
for the amount of $12147.65 /monthly payments in the amount of $333.99 (Doc #28)
Interest Rate: 4.39%
Net Income: ($450.41)
Presumption, Not signed by Debtors' Atty
B23 Filed
Complaint Deadline: 7/22/20 (Extended by order Doc #26)
2) Reaffirmation Agreement w/ SunTrust Bank now Truist Bank with Presumption of Undue Hardship re: 2014 lexus es 350 for the
amount of $3056.43 /monthly payments in the amount of $432.73 (Doc #29)
Interest Rate: 4.81%
Net Income: ($450.41)
Presumption, Not signed by Debtors' Atty
.


**APPEARANCES:**:
Isabel Freeman: Debtor; Jessica Hicks: SunTrust

**RULING:**
1) Reaffirmation Agreement w/ SunTrust Bank now Truist Bank with Presumption of Undue Hardship re: 2016 DOGE DURANGO
for the amount of $12147.65 /monthly payments in the amount of $333.99   (Doc #28)   -   Approved, CM to Prepare Order
Approving.**


2) Reaffirmation Agreement w/ SunTrust Bank now Truist Bank with Presumption of Undue Hardship re: 2014 lexus es 350 for the
amount of $3056.43 /monthly payments in the amount of $432.73   (Doc #29) -Approved, CM to Prepare Order Approving.**

 Clerk's office to review and audit for discharge.

(aj)

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.